ROSE BOVIN, Respondent, *v.* SAMUEL GALITZKA et al., Defendants, and PHILIP SCHOOR, Appellant.

(Argued October 1, 1928; decided October 9, 1928.)

*Jesse S. Raphael* for motion.

*J. Irwin Shapiro* opposed.

Motion denied.

ROSA ROSENFELD, Respondent, *v.* HYMAN AARON et al., Appellants.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion granted. Return of remittitur requested and remittitur when returned will be amended so as to read " with separate bills of costs to each defendant."